IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLEN WALLACE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:21-CV-239-Z-BR |
| CAL FARLEY'S BOYS RANCH, | |
| Defendant. | |

## NOTICE

Before the Court is parties' Joint Stipulation of Dismissal ("Stipulation") (ECF No. 37), filed on March 8, 2023. The filing is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Unless the notice or stipulation states otherwise, the dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B). Here, the Stipulation states all causes of action asserted by Plaintiffs against Defendant may be dismissed with prejudice. "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1. (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995). Therefore, the Court **DIRECTS** the United States District Clerk to close the case.

The Court issues notice accordingly.

March 13, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE